UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CV 4301 |
| | ) | Judge Ronald A. Guzman |
| FUNDS IN THE AMOUNT OF ONE | ) | |
| HUNDRED SIXTEEN THOUSAND | ) | |
| EIGHT HUNDRED DOLLARS | ) | |
| ($116,800) | | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                              Respectfully submitted,

                                              PATRICK J. FITZGERALD
                                              United States Attorney

By:    s/Daniel E. May
          DANIEL E. MAY
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

*ATTORNEY DESIGNATION*

was served on July 31, 2008, in accordance with FED. R. CIV. P.5, LR 5.5, and the General Order of Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


By:    s/Daniel E. May
       DANIEL E. MAY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300