UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CV 4301 |
| | ) | Judge Ruben Castillo |
| FUNDS IN THE AMOUNT OF ONE | ) | |
| HUNDRED SIXTEEN THOUSAND | ) | |
| EIGHT HUNDRED DOLLARS | ) | |
| ($116,800) | | |

## **CORRECTED ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     s/Daniel E. May_____
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

## <u>CERTIFICATE OF SERVICE</u>

The undersigned Assistant United States Attorney hereby certifies that the following document:

### *CORRECTED ATTORNEY DESIGNATION*

was served on July 31, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order of Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


By:    <u>s/Daniel E. May         </u>
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300