IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FUNDS IN THE AMOUNT OF ONE )<br>HUNDRED SIXTEEN THOUSAND )<br>EIGHT HUNDRED DOLLARS )<br>($116,800.00) )<br>Defendant(s) ) | Civil No. 08CV 4301<br><br>Castillo<br><br>FILED<br>SEP 0 3 2008  NF<br>SEP 3, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

TO:   Daniel E. May
      Assistant United States Attorney
      219 South Dearborn Street, Room 500
      Chicago, Illinois 60604

CLAIM PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL
RULES FOR ADMIRALTY AND MARITIME CLAIMS FOR
FORFEITURE

Now come Dominique Shaw, by and through her attorney, Richard C. Kloak, and asserts an interest in the above property, contests the forfeiture and files this claim. In support of her claim she states as follows:

A. The property claimed is one hundred sixteen thousand eight hundred dollars ($116,800.00).

B. The claimant is Dominique Shaw, 3502 West Lexington, Chicago, Illinois 60624. On March 17, 2008, she was the possessor and owner of the entire amount of money being claimed.

C. The signature of the claimant under penalty is attached to Dominique Shaw's April 26, 2008 letter which is attached to this claim as Exhibit A and made a part hereof.

Respectfully submitted,

Richard C. Kloak
Attorney for Dominique Shaw
224 South Marion Street
Oak Park, Illinois 60302
Telephone No. 773-320-0107
Fax No.       708-452-0807

Dominique L. Shaw
3502 West Lexington
Chicago, Illinois 60624

Forfeiture Counsel
Asset Forfeiture Section, OMA
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

April 26, 2008

Asset ID: 08-DEA-497167
Case No. 11-08-0143
Property: $116,800.00 U.S.C.
Asset Value: $116,800.00
Seizure Date: 03/17/2008
Seizure Place: Chicago, Illinois
Owner Name: Shaw, Dominique L.
Seized From: Shaw, Dominique L.
Judicial District: Northern District of Illinois

Dear Forfeiture Counsel,

 Please be advised that I seek a return of the above property taken from me on March 17, 2008. This money belongs to me. Please consider that is letter as my claim for the return of the $116,800.00 and my formal notice to you that I contest this forfeiture. Please contact me so that I will know the next step to be taken in this claim. I have also hired an attorney to represent me. You may contact him as well. His information is as follows: Richard C. Kloak, attorney at Law, 224 South Marion Street, Oak Park, Illinois 60302, telephone 773-320-0107, Fax No. 708-452-0809.

 I declare under penalty of perjury that the foregoing notice contesting forfeiture is true and correct.

Executed on 4/26/08   _Dominique Shaw_
          Dominique L. Shaw

## PROOF OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above claim was placed in the U.S. Mail in Oak Park, Illinois with first class postage prepaid and directed to all parties of record at the addresses set forth above, or before 5:00 p.m. on September 3, 2008.

_____